# SUMMONS
## (CITACIÓN JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:** Colonial Van & Storage, Inc. and
*(AVISO AL DEMANDADO):* Does 1 to 30

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF [illegible]

JUN 29 2017

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By: C. Waggoner, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:** Angie Salaices
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Bill Santucci Justice Center
10820 Justice Center Drive
PO Box 619072
Roseville, CA 95661-9072

CASE NUMBER:
*(Número del Caso):* [illegible]

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Dennis B. Hill   (SBN 218131)
D.B. HILL, A PROFESSIONAL LAW CORPORATION
354 F Street
Lincoln, CA 95648

916-434-2553 p   916-434-2560 f

DATE:                           Clerk, by _____, Deputy
*(Fecha)*  JUN 29 2017          *(Secretario)*                         *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Legal Solutions

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465

| | PLD-PI-001 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Dennis B. Hill     (SBN 218131)<br>D.B. Hill, A Professional Law Corporation<br>354 F Street<br>Lincoln, CA  95648<br>TELEPHONE NO. 916-434-2553    FAX NO. (Optional) 916-434-2560<br>E-MAIL ADDRESS (Optional): Dennis@DBHillLaw.com<br>ATTORNEY FOR (Name): Angie Salaices | FOR COURT USE ONLY<br><br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF PLACER<br><br>JUN 29 2017<br><br>JAKE CHATTERS<br>EXECUTIVE OFFICER & CLERK<br>By: C. Waggoner, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Placer<br>STREET ADDRESS: 10820 Justice Center Drive<br>MAILING ADDRESS: PO Box 619072<br>CITY AND ZIP CODE: Roseville, CA  95661-9072<br>BRANCH NAME: CIVIL | |
| PLAINTIFF: Angie Salaices | |
| DEFENDANT: Colonial Van & Storage, Inc. and<br><br>[X] DOES 1 TO 30 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE    [X] OTHER (specify): Negligence<br>[ ] Property Damage    [ ] Wrongful Death<br>[ ] Personal Injury    [X] Other Damages (specify): Property Damage and General non-economic damages | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded    [ ] does not exceed $10,000<br>                    [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | CASE NUMBER |

1. Plaintiff (name or names): Angie Salaices

   alleges causes of action against defendant (name or names): Colonial Van & Storage, Inc. and Does 1 to 30
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE Angie Salaices v. Colonial Van & Storage, Inc., et al. | CASE NUMBER | PLD-PI-001 |

4. [ ] Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] **except** defendant *(name)*: Colonial Van & Storage, Inc. and Does 1 to 30
   
   (1) [ ] a business organization, form unknown
   (2) [X] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   
   (4) [ ] a public entity *(describe)*:
   
   (5) [ ] other *(specify)*:
   
   c. [ ] **except** defendant *(name)*:
   
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   
   (4) [ ] a public entity *(describe)*:
   
   (5) [ ] other *(specify)*:
   
   b. [ ] **except** defendant *(name)*:
   
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   
   (4) [ ] a public entity *(describe)*:
   
   (5) [ ] other *(specify)*:
   
   d. [ ] **except** defendant *(name)*:
   
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   
   (4) [ ] a public entity *(describe)*:
   
   (5) [ ] other *(specify)*:

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers)*: 1 to 30 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers)*: 1 to 30 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [ ] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [X] other *(specify)*: Contract entered into in Placer County

9. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because *(specify)*:

| SHORT TITLE: Angie Salaices v. Colonial Van & Storage, Inc., et al. | CASE NUMBER: | PLD-PI-001 |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [ ] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [X] Other (specify): Breach of Contract

11. Plaintiff has suffered
   a. [ ] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [ ] loss of earning capacity
   g. [X] other damage (specify): Non-economic losses for anguish, mental suffering and anxiety.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: June 28, 2017

Dennis B. Hill
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 3 of 3

| | |
|---|---|
| SHORT TITLE: Angie Salaices v. Colonial Van & Storage, Inc., et al. | PLD-PI-001(2) <br> CASE NUMBER: |

<u>First</u> CAUSE OF ACTION—General Negligence   Page 1
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Angie Salaices

alleges that defendant *(name):* Colonial Van & Storage, Inc. and

[X] Does 1 to 30

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* July 2, 2015
at *(place):* Placer County

*(description of reasons for liability):*

Defendants and each of them, so tortiously and negligently mangaged their persons and properties so as to proximately cause physical harm to Plaintiff.

Defendants' conduct includes, but is not limited to, the follwoing:

On or about the above referenced date the Defendants failed to deliver the Plaintiff's belongings to her home in Roseburg, Oregon, as scheduled. The property was eventually delivered eight days later. The delay limited Plaintiff's access to vital medications that were aboard the Colonial Van. Angie Salaices suffered shock-like symptoms resulting in a fall that caused further physical injury. The full extent of the plaintiff's injuries will be proven at trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev January 1 2007]

CAUSE OF ACTION—General Negligence

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure 425.12

| SHORT TITLE: Angie Salaices v. Colonial Van & Storage, Inc., et al. | CASE NUMBER | PLD-C-001(1) |
|---|---|---|

Second _(number)_          **CAUSE OF ACTION—Breach of Contract**

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

BC-1. Plaintiff _(name)_: Angie Salaices

    alleges that on or about _(date)_: July 2, 2015
    a [X] written  [ ] oral  [ ] other _(specify)_:
    agreement was made between _(name parties to agreement)_: Colonial Van & Storage, Inc., and Does 1 to 30

    [ ] A copy of the agreement is attached as Exhibit A, or
    [X] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [ ] are as follows _(specify)_:
Colonial Van & Storage, Inc. agreed to deliver Angie Salaices' personal property by way of a single moving van to her new residence located at 1554 NE Rocky Drive in Roseburg, Oregon, by July 2, 2015 at a 7:00 am. The moving crew would be responsible for further assisting Angie Salaices with unloading the contents of the moving van.

BC-2. On or about _(dates)_: July 2, 2015
    defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [X] the following acts _(specify)_: Defendants failed to deliver Plaintiff's personal property timely. Defendants also damaged Plaintiff's personal property. In addition, Defendants' delay was a substanial factor in Plaintiff's lack of medication which caused her personal injuries.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
    [ ] as stated in Attachment BC-4  [X] as follows _(specify)_: Property damage and personal injuries according to proof.

BC-5. [X] Plaintiff is entitled to attorney fees by an agreement or a statute (Upon inf. & belief)
    [ ] of $
    [X] according to proof

BC-6. [ ] Other:

Page ___

Form Approved for Optional Use
Judicial Council of California
PLD C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure § 425.12

# Superior Court of the State of California
## In and For The County of Placer

CASE NO S C V 0 0 3 9 6 7 6

## A CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED:

DATE: October 24, 2017
TIME: ☒ 10:00 A.M. If your case number starts with "S-CV"
☐ 10:30 A.M. If your case number starts with "S-CV" and is deemed Complex
☐ 11:00 A.M. If your case number starts with "M-CV"
DEPT: 40 - 10820 Justice Center Drive, Roseville, California

### IF YOU DO NOT HAVE AN ATTORNEY, READ THIS:
The judge does **not** decide whether you win or lose your case at this court date. If you do not file an "Answer," or other "responsive pleading," you will automatically lose this case, usually before this court date. The Answer or responsive pleading must be given to the court clerk within 30 days of the day you received the Summons, along with a filing fee or application for waiver of court fees.

You can get free help filling out your Answer or responsive pleading at the court's Legal Help Center. For more information or to schedule an appointment, go to the court's website at www.placer.courts.ca.gov and select "Legal Help Center."

### INFORMATION ABOUT CASE MANAGEMENT CONFERENCES:
15 calendar days before the Case Management Conference, you must file and serve a completed Case Management Statement (CM-110).

You do not need to come to court for the first Case Management Conference. You can see the court's proposed orders 12 calendar days before the Case Management Conference on the court's website, www.placer.courts.ca.gov. Select "Tentative Rulings and Calendar Notes," then "Civil Case Management Conference." If you do not have Internet access, call the court at 916-408-6000 to get the information.

**The court does not provide a court reporter** at Case Management Conferences or Law & Motion hearings. If you want the proceedings reported, you must provide your own court reporter at your own expense.

IF YOU WANT TO APPEAR BY TELEPHONE, you must schedule your telephonic appearance through the court's website, www.placer.courts.ca.gov. Select "Telephonic Appearance System." For more information on the telephonic appearance system, please visit our "How to" guide on the website. YOU MUST PAY ONLINE TO USE THIS SERVICE UNLESS YOU HAVE BEEN GRANTED A FEE WAIVER BY THE COURT.