Robert K. Phillips [SBN 135088]
Priya Navaratnasingham [SBN 252686]
**PHILLIPS, SPALLAS & ANGSTADT LLP**
505 Sansome Street, Sixth Floor
San Francisco, California  94111
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant, COLONIAL VAN & STORAGE, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF PLACER

| | |
|---|---|
| ANGIE SALAICES<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL VAN & STORAGE, INC.;<br>and DOES 1-30<br><br>Defendants. | Case No. SCV0039676<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>COMPLAINT FILED:  June 29, 2017<br>TRIAL DATE:   None set. |

**TO PLAINTIFF AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** a Notice of Removal of Civil Action to Federal Court from State Court by Defendant was filed in the United States District Court for the Eastern District. A copy of said Notice of Removal is attached to this Notice as Exhibit "A" and is served and filed herewith.

DATED: July 27, 2017

PHILLIPS, SPALLAS & ANGSTADT LLP

_____
Robert K. Phillips
Priya Navaratnasingham
Attorneys for Defendant, COLONIAL VAN & STORAGE, INC.