<u>CERTIFICATE OF SERVICE BY U.S. MAIL</u>
*Angie Salaices v. Colonial Van & Storage, Inc.*
United States District Court for the Eastern District of California
Case No. _____

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111.

That on **July 28, 2017**, I served the within:

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT FROM STATE COURT BY DEFENDANT; DEMAND FOR JURY TRIAL**

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

**Dennis B. Hill**
**D.B. Hill, A Professional Law Corporation**
354 F Street
Lincoln, California, 95648
*Attorney for Plaintiff Angie Salaices*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 28, 2017**, at San Francisco, California.

_____
Michael Roberts